**Steven M. HUNT, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

No. 10–3721.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 6, 2011.

Filed: June 2, 2011.

Steven M. Hunt, Hedrick, IA, pro se.

Lynnett Wagner, U.S. Attorney's Office,
Omaha, NE, for Appellee.

Before MELLOY, GRUENDER, and
BENTON, Circuit Judges.

PER CURIAM.

Steven Hunt appeals the district
court's[1] adverse grant of summary judgment in his medical malpractice action
brought pursuant to the Federal Tort
Claims Act. After careful de novo review,
*see Johnson v. Blaukat*, 453 F.3d 1108,
1112 (8th Cir.2006), this court affirms for
the reasons discussed by the district court.

Accordingly, this court affirms. *See* 8th
Cir. R. 47B.

---

1. The Honorable Joseph F. Bataillon, Chief
Judge, United States District Court for the
District of Nebraska.